No. 2013-1261

# United States Court of Appeals for the Federal Circuit

(Reexamination Nos. 90/009,295 and 90/009,315)

IN RE VISTAPRINT TECHNOLOGIES LTD.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board

**UNOPPOSED MOTION FOR TEMPORARY STAY OF APPEAL**

Appellant Vistaprint Technologies Ltd. ("Vistaprint") hereby moves for a temporary stay of proceedings in the present appeal to await decision by the Patent Trial and Appeal Board in a related reexamination proceeding that is awaiting decision by the Board. A prior 30-day extension (to June 19) for the filing of Vistaprint's opening brief was obtained so that the Solicitor could seek to determine the status of the related reexamination. The Solicitor has advised undersigned counsel that a decision in the related reexamination is expected within 90 days.

Accordingly, for the convenience of the Court and the Parties and in the interests of efficiency, Appellant Vistaprint respectfully submits this unopposed

motion to stay the above-captioned appeal to accommodate consolidation with the related reexamination, in the event such decision is ultimately appealed to this Court. Upon receipt of the pending PTAB decision, and in the event that decision is to be appealed to this Court, Appellant Vistaprint will notice its appeal and then take steps in cooperation with the Solicitor to consolidate the cases for briefing and other steps in the appeal. In the event the pending PTAB decision is not to be appealed, counsel will work with the Solicitor to lift the stay and proceed with the above-captioned appeal.

June 6, 2013                    Respectfully submitted,

                                By:   /s/ John A. Dragseth
                                      John A. Dragseth
                                      Attorney for Appellant

# CERTIFICATE OF INTEREST

Counsel for Appellant VistaPrint Technologies Ltd.:

1. The full name of every party or amicus represented by me is:

VistaPrint Technologies Ltd.

2. The name of the real party in interest represented by me is:

VistaPrint Technologies Ltd.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Vistaprint Limited, a Bermuda Corporation; Vistaprint, N.V., a Netherlands corporation

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Fish & Richardson P.C.: John A. Dragseth, Richard J. Anderson
VistaPrint: Jessica Costa

Date: June 6, 2013     /s/ John A. Dragseth
                        Signature of counsel

                        John A. Dragseth
                        Printed name of counsel

## **CERTIFICATE OF FILING AND SERVICE**

I certify that on June 6, 2013, a copy of the following documents:

1. Unopposed Motion for Temporary Stay of Appeal;

2. Certificate of Interest

were filed through the Court's ECF system, and two courtesy copies of these documents have also been sent to the party below:

| **BY U.S. MAIL**<br>Michael S. Forman<br>Office of the Solicitor<br>Mail Stop 8<br>P.O. Box 1450<br>U.S. Patent and Trademark Office<br>Alexandria, VA 22313-1450 | Attorney for Appellee |
|---|---|

   /s/ John A. Dragseth
John A. Dragseth