NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE VISTAPRINT TECHNOLOGIES LTD.**

---

2013-1261

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination Nos. 90/009,295 and 90/009,315.

---

**ON MOTION**

---

**O R D E R**

Vistaprint Technologies Ltd. moves without opposition for a temporary stay of proceedings in the present appeal to await decision by the Patent Trial and Appeal Board in a related reexamination proceeding that is awaiting decision by the Board.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellant's opening brief is due within 90 days of the date of

filing of this order. No further extensions should be anticipated.

          FOR THE COURT

          /s/ Jan Horbaly
          Jan Horbaly
          Clerk

s21